# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | No. 04-10050-T |
| BILLY WAYNE MOORE, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO SUPPRESS EVIDENCE

Defendant Billy Wayne Moore, by and through counsel, has moved to suppress the evidence obtained or seized as a result of the arrest of defendant on or about May 24, 2004. A hearing on the motion to suppress was held on May 2, 2005, at which time the court heard the testimony of witnesses and statements of counsel. Based upon the evidence presented, and for the reasons stated in open court on May 2, 2005, defendant's motion to suppress is denied.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

2 May 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT