IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _ec_ D.C.

05 MAY -9 PM 4: 32

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No.  04-10050-T |
| | ) | |
| BILLY WAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

M. Dianne Smothers, court-appointed defense counsel, has moved to be relieved from

further representation of defendant in this matter because of a conflict of interest.  For good

cause shown, the motion is granted.  Assistant Federal Defender M. Dianne Smothers and

the office of the Federal Defender are hereby relieved of further responsibility in this action.

A member of the Criminal Justice Act Panel will be appointed to represent defendant in all

further proceedings.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 May 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5 10 05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in
case 1:04-CR-10050 was distributed by fax, mail, or direct printing on
May 10, 2005 to the parties listed.

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT