IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                       No. 04-10050-T

BILLY WAYNE MOORE,

    Defendant.

## ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon motion of counsel for defendant Billy Wayne Moore and for good cause shown, the trial date which is currently scheduled for May 16, 2005, is hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from May 16, 2005, to July 13, 2005, at 9:30 A.M.</u> The resulting period of delay, from May 16, 2005, to July 13, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report date is scheduled for July 5, 2005, at 8:30 a.m.

    IT IS SO ORDERED.

                                                 _James D. Todd_
                                                 JAMES D. TODD
                                                 UNITED STATES DISTRICT JUDGE

                                                 _11 May 2005_
                                                 DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/12/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT