# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 04-10050-T |
| | ) | |
| BILLY WAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO PROVIDE FUNDS FOR TRANSCRIPTS

On June 2, 2005, a motion was filed on behalf of defendant Billy Wayne Moore seeking leave to obtain transcripts of both the suppression hearing held in this case on May 2, 2005, and a previous trial held in the Circuit Court for Madison County, Tennessee on May 10, 2005. Counsel for the defendant states that the trial in Circuit Court involved the same incident which gave rise to the charge in this case. Therefore, counsel states that transcripts of both the prior state court trial and the suppression hearing in this case are necessary in order to properly prepare for the trial in this case.

The Court finds that defendant has made a sufficient showing that the transcripts requested are necessary for adequate representation in this case. Therefore, the request to provide funds for the transcripts is GRANTED. Counsel states that a CJA 24 form has been

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/9/05

submitted with regard to the suppression hearing; counsel must also submit a CJA 24 form with regard to the prior state court trial.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

__8 June 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

Honorable James Todd
US DISTRICT COURT