

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

v.                                                         CR. NO. 04-10050-T

BILLY WAYNE MOORE,
    Defendant

---

## MOTION TO CONTINUE

---

Comes now the Defendant, BILLY WAYNE MOORE, by and through his attorney, and moves this Honorable Court for an order of continuance of the report date in the above styled cause. The report date is currently set on Friday, August 5, 2005 at 9:00 a.m.

Counsel for Defendant has a hearing at Dyer County Probate Court on August 5, 2005 that has been scheduled since June 3, 2005. This case has been previously continued.

Counsel for Defendant has consulted with the Assistant United States Attorney, Jim Powell, and he has no objection to a continuance. Defense counsel and Mr. Powell would be available on August 1st, 2nd, 3rd or 4th.

WHEREFORE, premises considered, Defendant moves this Honorable Court for a continuance of the report date in the above styled cause.

Respectfully submitted,

**MOTION GRANTED**
DATE: 7 July 2005

_James D. Todd_
J. Todd
District Judge

Jeff Mueller
Attorney for Defendant
P.O. Box 3146
Jackson, TN 38303
731-988-9900

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/11/05

44

## CERTIFICATE OF SERVICE

I certify that I have mailed, first class postage prepaid, or hand delivered a copy of the foregoing to:

Jim Powell
Assistant United States District Attorney
109 S. Highland Avenue, Third Floor
Jackson, Tennessee 38301

U.S. Probation Office
109 S. Highland Avenue
Jackson, Tennessee 38301

this the 5 day of July, 2005.

Jeff Mueller
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT