IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04cr10050-T |
| | ) | |
| BILLY WAYNE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION TO CONTINUE SETTING DATE

COMES NOW, the United States of America, by and through Terrell L. Harris, United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant, Billy Wayne Moore, represented by Mr. Jeff Mueller, has been re-scheduled for a trial date on Wednesday, August 31, 2005. Counsel for the government has a conflict with that trial date, as on the same date the United States Attorney Office is conducting a day-long office-wide function which includes annual continuing legal education training.

Movant has discussed the filing of this motion with Mr. Mueller, counsel for the defendant, who has expressed his assent to this motion, provided that the resetting of the trial date is not sooner than currently set. Also, Mr. Mueller informed government counsel that he has not yet received the requested transcripts that were a part of his motion to continue filed on July 28, 2005.

THEREFORE, for the grounds set forth above, the government respectfully requests that the defendants scheduled trail date be reset to a later date.

**MOTION GRANTED**
DATE: 10 August 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/11/05

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered to Mr. Jeff Mueller, Counsel for the defendant, at his business address at 1289 North Highland Avenue, Jackson, Tennessee

James W. Powell
Assistant United States Attorney



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT