IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                         Criminal No. 1:04-10050-01-T

BILLY WAYNE MOORE

## ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant the trial date of September 1, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Friday, September 23, 2005 at 9:30 A.M.** and **re-set TRIAL DATE** for **Thursday, October 6, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of September 1, 2005 to October 6, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(3)(A)and (B)(iv).

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 15 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8/17/05

55

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT