# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES

VS.    NO. 04-10050

BILLY WAYNE MOORE

## ORDER

This cause came on to be heard by motion of the Defendant to have the United States Marshall Service serve subpoenas for trial. It being shown to this Court that Defendant is indigent and counsel is appointed, good cause is shown.

IT IS HEREBY ORDERED that the United States Marshall Service serve subpoenas for trial which are presented to them by the Defendant.

This the 23rd day of September, 2005.

JAMES TODD
DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

Jeff Mueller, BPR 17127
Attorney for Defendant

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/28/05

**CERTIFICATE OF SERVICE**

    I certify that I have mailed first class postage pre-paid or hand delivered a copy of the foregoing motion to the Office of the U.S. District Attorney General, 109 S. Highland Ave., 3rd Floor, Jackson, Tennessee 38301, this the _23_ day of _September_, 200_5_.

                                                                Jeff Mueller

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT