IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.                                  Criminal No. 1:04-CR-10050-01-T

BILLY WAYNE MOORE

ORDER CONTINUING TRIAL DATE AND REPORT DATE
AND EXCLUDING DELAY

Upon motion of counsel for defendant and the government, the trial date which is currently scheduled for October 17, 2005, is hereby continued due to the unavailability of an essential witness for the government and the unavailability of both defendant and government counsel. The court finds the need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Clerk shall **re-set** the **TRIAL DATE** for **Wednesday, December 7, 2005, at 9:30 A.M.**  The Court finds that the grounds for this continuance justified excluding the period of October 17, 2005 to December 7, 2005, as excludable delay under Title 18 U.S.C.§ 3161(h)(8)A).  A new report date/motion Hearing has been set for November 28, 2005, at 8:30 A.M.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 17 Oct 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10/18/2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Jeff Mueller
LAW OFFICES OF JEFF MUELLER
P.O. Box 3146
Jackson, TN 38303

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT