IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 DEC 23 AM 11:07

THOMAS M. GOULD
DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 04-10050-T-An |
| ) | |
| BILLY WAYNE MOORE, ) | |
| ) | |
| Defendant. ) | |

ORDER OF CONTINUANCE

The trial of this matter which is currently set for December 29, 2005, is hereby CONTINUED at the request of the Defendant and due to the unavailability of defense counsel based on his ill health. The Government does not object to a continuance. The ends of justice served by the taking of such action outweigh the best interest of the public and Defendant in a speedy trial.

The Clerk of the Court shall reset the trial for **Wednesday, February 15, 2006, at 9:30 a.m.**. The Court finds that the grounds for this continuance justify excluding the period of December 29, 2005, to February 15, 2006, as excludable delay under 18 U.S.C. §

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/28/05

109

3161(h)(8)(A)(B)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 December 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 1:04-CR-10050 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Jeff Mueller
MUELLER & ELLIS
P.O. Box 3146
Jackson, TN 38303--314

Honorable James Todd
US DISTRICT COURT